UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE ALBERTO VILLATORO,

                Petitioner,                      JUDGMENT

    v.                                                      25-CV-05306 (OEM)

KRISTI NOEM, in her capacity as Secretary
for the United States Department of Homeland
Security; FRANCIS RUSSO, Acting Field
Office Director of New York, Immigration
and Customs Enforcement, in his official
capacity; PAMELA BONDI, in her official
capacity as the Attorney General of the
United States,

                Respondents.
------------------------------------------------------------------X

        A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on October 9, 2025, denying Petitioner's Verified Petition for a Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief; it is

        ORDERED and ADJUDGED that Petitioner's Verified Petition for a Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief is denied.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       October 14, 2025                                           Clerk of Court

                                                             By:    _/s/Jalitza Poveda_
                                                                        Deputy Clerk